ORIGINAL

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

LUTZ, PLAINTIFF

VS                                    CAUSE # 4.18-CV-00341

WAYBOURN, ET AL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR 19 2020
CLERK, U.S. DISTRICT COURT
By _____

MOTION FOR INJUNCTIVE RELIEF FROM STATE AGENCY

COMES NOW, JOE LUTZ, PLAINTIFF PRO SE IN THE ABOVE NUMBERED ACTION AND WOULD SHOW THIS COURT THE FOLLOWING; STATE JUDGE LOUIS STEARNS, 213TH DIST. COURT, TARRANT COUNTY, IGNORED FACTS IN A FORT WORTH POLICE DOCUMENT THAT EXPLICITLY SET OUT THE INNOCENCE OF PLAINTIFF. THIS WAS A MINISTERIAL ACT THAT WAS SO PLAIN IN POINT OF LAW AND SO CLEAR IN MATTER THAT NO ELEMENT OF DISCRETION IS LEFT TO THE PRECISE MODE OF ITS PERFORMANCE. THE DOCUMENT WAS SWORN TO AND SIGNED AND DATED BY POLICE. NOWHERE IN THIS ACTION WAS ANY MENTION OF MEDICAL EXCEPT BY STEARNS, IN HIS BASELESS REASONING TO IGNORE THIS DOCUMENT.

AS A RESULT, THIS ACTION CAUSED ERRONEOUS INFORMATION TO BE IN PAROLE FILES, IN GREENHOLZ, 442 U.S. AT 13, NOTING THAT INACCURATE INFO IN PAROLE FILES INCREASES THE RISK OF ERRONEOUS PAROLE DECISIONS. EX PARTE YATES 659 S.W. 2D 840, HELD THAT PRISONERS' ELIGIBILITY FOR PAROLE IS CALCULATED ACCORDING TO LAW IN EFFECT AT TIME OF COMMISSION. SEE ALSO EX PARTE TRAHAN, 781 S.W. 2D 291

AS PLAINTIFF IS BEING SUBJECTED TO A COLLATERAL CONSEQUENCE OF A 1989 COURT ACTION AND 1982 HEARING ALONG WITH BEING BLANKETED WITH THE FIRST REGISTRATION LAWS PUT

PAGE 1 OF 2

INTO EFFECT, PLAINTIFF IS UNDER THE "MANDATORY RELEASE" STATUTE. UNDER THIS STATUTE WHEN FLAT TIME PLUS GOOD TIME EQUAL 100% OF SENTENCE, A PRISONER "SHALL BE RELEASED" TO SUPERVISED CONDITIONS. SEE EX PARTE CANADA, 754 S.W. 2D 660. IN EX PARTE PATTERSON, 740 S.W.2D 767, THE COURT OF APPEALS FOUND A PROTECTED LIBERTY INTEREST IN PAROLE STATUTES UNDER ART. 1 §§ 19 DUE COURSE OF LAW CLAUSE OF TEXAS CONSTITUTION.

THIS EXACT ISSUE WAS BROUGHT BEFORE A FEDERAL COURT ON PLAINTIFFS PRIOR INCARCERATION AND WILL BE PRESENTED TO THIS COURT IN A JURY TRIAL IN THIS ACTION. ELEVEN MONTHS IS THE MAND. SUPV. TIME FOR A 2 YEAR SENTENCE. PLAINTIFF HAS SERVED THIRTEEN MONTHS OR 122% OF SENTENCE. INJUNCTIVE RELIEF IS REQUIRED TO ENFORCE THIS MANDATORY STATUTE. PLAINTIFF PRAYS THIS COURT FOR INJUNCTIVE RELIEF.

## CERTIFICATE OF SERVICE

A COPY OF THIS PLEADING HAS BEEN FORWARDED TO THE CLERK OF TARRANT COUNTY VIA U.S. MAIL AT 401 BELKNAP, FORT WORTH, TEXAS, 76102, ON MARCH, 17, 2020.

Joe Lutz PRO SE
JOE LUTZ
PACK UNIT
2400 WALLACE PACK RD.
NAVASOTA, TX  77686

Joe Lutz 2246831
Polk Unit
2400 Wallace Pack Rd
Navasota, TX 77868

Legal Mail

RECEIVED
MAR 19 2020
11:37
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

United States District Court
301 West 10th St Ste 310
Fort Worth, Texas
76102-3673


Legal Mail

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - CORRECTIONAL
INSTITUTIONS DIVISION