In the United States District Court
Northern District of Texas
Fort Worth Division

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR - 1 2020
CLERK, U.S. DISTRICT COURT
By _____ Deputy

Lutz

vs

Waybourn, et al

Cause # 4:18-CV-00341-P

## Motion to Compel Court Verification From Government Agency

Comes now, Joe Lutz, Plaintiff in this action and would show the following:

Since before the filing of this action, Plaintiff has filed complaints on website, telephoned, sent letters to the D.O.J. for verification of his registry. These actions were not even acknowledged by D.O.J., a federal agency for keeping current registry information as required by statute, Art. 62, in Texas.

Now Fort Worth P.D., on their own volition, issues a document to each person at time of registry. Plaintiff entered this exhibit in this court when case was started. 213th District Court Judge Louis Stearns made the arbitrary and prejudicial decision to discredit this document and wait for medical records, which had no bearing on case at all.

Plaintiff has pled the constitutional violations, the procedural violations, and the Brady violations of due process. At this point, this court has the power of verifying the fact that plaintiff did comply with all registration by ascertaining with D.O.J. if they have the address

Page 1 of 3

on Township Court for the Plaintiff in Fort Worth, Texas, a previous address of Registry on Landsdale Lane in Saginaw, Texas, where Plaintiff had just moved from to Fort Worth.

These facts show that both Stearns and Wolf of the 213th District Court are guilty of shirking the ministrial duties of their positions by not being aware of the laws they are imprisoning persons for. Had these judges even read these statutes, as to what federal law required of Registration and how simple to verify, this litigation would not be necessary. The Plaintiff is still adamant about D.O.J. investigating and will assist in any way to that end.

There is still the matter of the false information that Parole is using to hold Plaintiff. Also, the labeling stigmatism and the classification as an S/O is type of an incident that created a protected liberty interest. Discovery is necessary as would an appointed attorney for said discovery.

Plaintiff would pray this Court to verify all this information with the D.O.J. and recognize that no probable cause existed from the start and this false imprisonment should not have occurred. I would hope this Court would urge the D.O.J. to pursue an investigation into these particular occurrences and clear the vagueness of the statute so it is more clear to understand what is and is not required by each party.

Page 2 of 3

CERTIFICATE OF SERVICE

A COPY OF THE ABOVE HAS BEEN FORWARDED VIA THE U.S. MAIL ON THIS 27TH DAY OF MARCH, 2020, TO TARRANT COUNTY CLERK, 401 W. BELKNAP, FORT WORTH, TX. 76196

RESPECTFULLY SUBMITTED,

Joe Lutz

JOE LUTZ 2246831
PACK UNIT
2400 WALL ACE PACK RD
NAVASOTA, TX 77868

PAGE 3 OF 3

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE · CORRECTIONAL
INSTITUTIONS DIVISION

Legal Mail

Joe Luft #02426831
Pack Unit
2400 Wallace Pack Rd
Navasota TX 77868

LEGAL MAIL

NORTH HOUSTON TX 773
30 MAR 2020 PM 5 L
FOREVER / USA

United States District Court
501 W. 10th St. Rm 310
Fort Worth, Texas 76102

LEGAL MAIL

76102-975999

2020 MAR 32 PM 12:31
RECEIVED
CLERK OF DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION
DEPUTY CLERK